IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL CURTIS REYNOLDS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 22-CV-3-SMY |
| WARDEN ERIC WILLIAMS, | ) ) ) |
| Respondent. | ) ) ) |

## ORDER

Petitioner Michael Curtis Reynolds filed a habeas corpus petition pursuant to 28 U.S.C. § 2241 (Doc. 1). This Court denied the Petition (Doc. 7), and Reynolds appealed to the Seventh Circuit Court of Appeals (Doc. 9). Now pending before the Court is Reynolds' Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 14).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000). Reynolds' appeal may not be taken in good faith.

As the Court previously noted, Reynold's Petition was an attempt to improperly file successive § 2255 motions and failed to raise any meritorious issues (Doc. 7). Accordingly, Petitioner's Motion for Leave to Appeal *in Forma Pauperis* (Doc. 14) is **DENIED**. The Court of Clerk is **DIRECTED** to transmit a copy of this Order to the Seventh Circuit Court of Appeals in accordance with its Order dated January 10, 2023 (Doc. 13).

IT IS SO ORDERED.

DATED:  January 13, 2023

STACI M. YANDLE
**United States District Judge**